

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-25-00139-CR

---

Jose M. Lopez, Appellant

v.

The State of Texas, Appellee

---

On Appeal from the 120th District Court
El Paso County, Texas
Trial Court No. 20230D02641

---

### J U D G M E N T

The Court has considered this cause on the motion to dismiss. We grant the motion and dismiss the appeal. We further order that this decision be certified below for observance.

IT IS SO ORDERED this 26th day of September 2025.

GINA M. PALAFOX, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.
(Salas Mendoza, C.J., not participating)